UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AIMEE CATHERINE LAMOREAUX,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KALISPELL POLICE DEPARTMENT,<br><br>　　　　　Defendant. | Case No. CV-16-089-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judge Lynch's Findings and Recommendation are ADOPTED IN FULL. Lamoreaux's complaint is DISMISSED.

　Dated this 8th day of November, 2016.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Annie Puhrmann
　　　　　　　　　　　　　　Annie Puhrmann, Deputy Clerk